UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): Mary Birdoes ; Jeff Bowlin
County of Residence: Maricopa
County Where Claim For Relief Arose: Maricopa

**Defendant**(s): Drizly, LLC ; The Drizly Group, Inc.
County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

Russell S. Thompson IV
Thompson Consumer Law Group, PC
5235 E. Southern Ave., D106-618
Mesa, Arizona  85206
6023888898

Defendant's Atty(s):

II. Basis of Jurisdiction:	3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
Plaintiff:- 1 Citizen of This State
Defendant:- 5 Non AZ corp and Principal place of Business outside AZ

IV. Origin :	1. Original Proceeding

V. Nature of Suit:	190 Other Contract

VI. Cause of Action:	28 U.S. Code § 1332

VII. Requested in Complaint
Class Action: **Yes**
Dollar Demand:
Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:**  s/Russell S. Thompson, IV

**Date: 8/20/2020**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014